UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 17-18324-MBK |
|---|---|---|
|  | Chapter: | 7 |
| Fernando Rosario and Nilly Rosario | Judge: | Michael B. Kaplan |

### NOTICE OF PROPOSED ABANDONMENT

JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court
Clarkson S. Fisher U. S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on June 26, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| | Description of Real Property | Petition Value |
|---|---|---|
| 1 | 2 Shady Lane, Pemberton, NJ  08068 | $140,000.00 |

Liens on property:

| | Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|---|
| 1 | 2 Shady Lane, Pemberton, NJ - 08068-1832 | Roundpoint Mortgage---1st mortgage | $116,450.00 |

Amount of Equity claimed as exempt:

| | Description of Real Property | Value of Claimed Exemption |
|---|---|---|
| 1 | 2 Shady Lane, Pemberton, NJ - 08068-1832 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:            /s/ John W. Hargrave

Address:         117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:   (856) 547-6500

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 17-18324-MBK
      Fernando Rosario                                      Chapter 7
      Nilly Rosario
              Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2               Date Rcvd: May 25, 2017
                              Form ID: pdf905          Total Noticed: 23
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
db/jdb          Fernando Rosario,    Nilly Rosario,    2 Shady Ln,    Pemberton, NJ 08068-1832
516785441      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE 19808-1674)
516785442       Amex,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
516785443       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
516785444      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238-1119)
516785445       Comenity Bank/Peebles,    PO Box 182789,    Columbus, OH 43218-2789
516785446       Comenitycap/boscovs,    PO Box 182120,    Columbus, OH 43218-2120
516785448       Fnb Omaha,    PO Box 3412,    Omaha, NE 68103-0412
516785450       Jersey Centeral Power & LIght,    PO Box 3687,    Akron, OH 44309-3687
516785452       Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516785453       Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
516785455       Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
516785456       Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
516785458       Wells Fargo,    PO Box 14517,    Des Moines, IA 50306-3517
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 25 2017 22:42:04     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2017 22:42:01     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516785440       E-mail/Text: ally@ebn.phinsolutions.com May 25 2017 22:41:22     Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
516785447       E-mail/PDF: creditonebknotifications@resurgent.com May 25 2017 22:37:50
                Credit One Bank N.A.,    PO Box 98873,    Las Vegas, NV 89193-8873
516785449       E-mail/Text: cio.bncmail@irs.gov May 25 2017 22:41:41     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516785451      +E-mail/Text: bnckohlsnotices@becket-lee.com May 25 2017 22:41:30     Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516785454       E-mail/PDF: gecsedi@recoverycorp.com May 25 2017 22:38:28     Syncb/Old Navy,   PO Box 965005,
                Orlando, FL 32896-5005
516788661      +E-mail/PDF: gecsedi@recoverycorp.com May 25 2017 22:37:54     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516785457       E-mail/Text: bnc-bluestem@quantum3group.com May 25 2017 22:42:38     Webbank/fingerhut,
                6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
```

```
District/off: 0312-3           User: admin              Page 2 of 2            Date Rcvd: May 25, 2017
                               Form ID: pdf905          Total Noticed: 23


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John W. Hargrave    trustee@hargravelaw.com,    jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              Travis J. Richards    on behalf of Joint Debtor Nilly  Rosario richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              Travis J. Richards    on behalf of Debtor Fernando  Rosario richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```